UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY,<br><br>    Petitioner,<br><br>  v.<br><br>JEFFREY BEARD, Secretary,<br><br>    Respondent. | No. C 13-2152 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 10, 2013

SUSAN ILLSTON
United States District Judge