UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY, | No. C 13-2152 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| JEFFREY BEARD, Secretary, | |
|     Respondent. | |

The petition for writ of habeas corpus is dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 10, 2013

                                                              SUSAN ILLSTON
                                           United States District Judge